IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. **2:14-cr-00127-MHT** |
| | ) | [18 U.S.C. § 1365(a)] |
| SUSIE MICHELLE STRENGTH | ) | |
| | ) | **INDICTMENT**   FILED |

The Grand Jury charges that:

## COUNT ONE

APR  4  2014

(Tampering With a Consumer Product)

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

On or about April 1, 2013 to May 6, 2013, in Autauga County, Alabama, within the

Middle District of Alabama, the Defendant,

## SUSIE MICHELLE STRENGTH,

with reckless disregard for the risk that another person would be placed in danger of death or

bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper

with a consumer product that affected interstate or foreign commerce, specifically, a vial of

Morphine Sulfate, by removing a portion of the Morphine Sulfate contained in such vial with a

syringe and replacing the Morphine Sulfate with saline solution and then returning the vial to the

Pyxis machine at Prattville Baptist Hospital, where the Defendant worked as a nurse.

All in violation of Title 18, United States Code, Section 1365(a).

A TRUE BILL:

_____
Foreperson

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_____
Robert G. Anderson
Assistant United States Attorney