IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:14-cr-127-MHT |
| | ) | |
| SUSIE MICHELLE STRENGTH | ) | |

**UNITED STATES' MOTION TO DECREASE DEFENDANT'S OFFENSE
LEVEL PURSUANT TO § 3E1.1(b), UNITED STATES SENTENCING GUIDELINES
(FOR ACCEPTANCE OF RESPONSIBILITY)**

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama and the undersigned Assistant United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level defendant's offense level under the Sentencing Guidelines pursuant to § 3E1.1(b) based upon defendant's acceptance of responsibility.  As grounds for this motion, the United States of America would show the Court the following:

1.  The defendant was charged by the grand jury in a one-count indictment returned in this district on April 24, 2014.

2.  Even prior to the return of the indictment, the defendant had indicated that she would likely enter a guilty plea, thereby avoiding any necessity of trial preparation on the part of the government or further proceedings in this case.

3.  Accordingly, pursuant to the plea agreement and the United States Sentencing Guidelines, § 3E1.1(b), as amended, the United States of America makes this formal motion for a one-level reduction in the defendant's offense level for acceptance of responsibility, such that the total reduction in offense level for the defendant's acceptance of responsibility shall be three (3)

levels.

WHEREFORE, the United States of America respectfully requests that this motion be granted.

Respectfully submitted this the 8th day of December, 2014.

                    GEORGE L. BECK, JR.
                    UNITED STATES ATTORNEY

/s/ *Robert G. Anderson*
ROBERT G. ANDERSON (MSB No. 1589)
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7418
E-mail: robert.anderson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:13-cr-27-MHT-WC |
| | ) | |
| JEFFEY ALAN NURSEY | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:   All attorneys of record.

Respectfully submitted,

/s/ *Robert G. Anderson*
ROBERT G. ANDERSON (MSB No. 1589)
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7418
E-mail: robert.anderson@usdoj.gov